**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Debbie<br>First name<br>Denise<br>Middle name<br>Granger<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and doing business as names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 1 5 2<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1  Debbie Denise Granger _____  Case number (*if known*)_____
        First Name   Middle Name   Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br>EIN _____<br>EIN _____<br>EIN _____ | EIN _____<br>EIN _____<br>EIN _____<br>EIN _____ |
| **5. Where you live** | 710 Bittersweet Trl<br>Number    Street<br>_____<br>Atlanta                GA    30350<br>City                State    ZIP Code<br>Fulton County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br>_____<br>P.O. Box<br>_____<br>City                State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br>_____<br>_____<br>City                State    ZIP Code<br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br>_____<br>P.O. Box<br>_____<br>City                State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>[ ] I have another reason. Explain.<br>  (See 28 U.S.C. § 1408.) | *Check one:*<br>[ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>[ ] I have another reason. Explain.<br>  (See 28 U.S.C. § 1408.) |

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 2

Debtor 1  Debbie Denise Granger  
    First Name   Middle Name   Last Name           Case number *(if known)*_____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7  
☑ Chapter 11  
☐ Chapter 12  
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No  
☐ Yes.

District _____  When _____  Case number _____  
District _____  When _____  Case number _____  
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No  
☐ Yes.

Debtor _____  Relationship to you _____  
District _____  When _____  Case number, if known _____

Debtor _____  Relationship to you _____  
District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

☑ No.  Go to line 12.  
☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.  
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 3

Debtor 1    Debbie Denise Granger _____    Case number (if known)_____
          *First Name*    *Middle Name*    *Last Name*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☒ Yes. Name and location of business

Debbie D. Granger DDS
_____
Name of business, if any

710 Bittersweet Trail
_____
Number    Street

_____

_____   _____   _____
City                                               State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard?

 

If immediate attention is needed, why is it needed?

 

Where is the property?

Official Form 101                  **Voluntary Petition for Individuals Filing for Bankruptcy**                page 4

Debtor 1  Debbie Denise Granger
_First Name_   _Middle Name_   _Last Name_

Case number (_if known_)_____

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Debbie Denise Granger**  
_____  
First Name   Middle Name   Last Name

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Debbie Denise Granger _____  
Signature of Debtor 1

✗ _____  
Signature of Debtor 2

Executed on  06/27/2025  
MM / DD / YYYY

Executed on  _____  
MM / DD / YYYY

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 6

Debtor 1   Debbie Denise Granger
           First Name   Middle Name   Last Name

Case number (*if known*)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ William Rountree
Signature of Attorney for Debtor

Date  06/27/2025
       MM  /  DD  / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road
Number   Street

Suite 350

Atlanta                            GA         30329
City                               State      ZIP Code

Contact phone 404-584-1238         Email address wrountree@rlkglaw.com

616503                             GA
Bar number                         State

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 7

**Fill in this information to identify your case:**

Debtor 1: Debbie Denise Granger

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: United Healthcare Services Inc
Number/Street: PO Box 736187
City: Chicago    State: IL    ZIP Code: 60673-6187
Contact: _____
Contact phone: _____

What is the nature of the claim? Personal guaranty on business deb    $ 240,180.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
       Value of security:    – $ _____
       Unsecured claim    $ _____

**2**
Creditor's Name: Nelnet
Number/Street: PO Box 82561
City: Lincoln    State: NE    ZIP Code: 68501
Contact: _____
Contact phone: _____

What is the nature of the claim? Student Loans    $ 189,786.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):    $ _____
       Value of security:    – $ _____
       Unsecured claim    $ _____

Debtor 1  Debbie Denise Granger
         First Name   Middle Name   Last Name

Case number (*if known*) _____

|  | | Unsecured claim |
|---|---|---|

**3** Small Business Administration
Creditor's Name
PO Box 3918
Number  Street

Portland,       OR   97208-3918
City            State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $187,404.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:              – $_____
   Unsecured claim                   $_____

---

**4** Doc 2 Doc Lending
Creditor's Name
PO Box 91910
Number  Street

Sioux Falls     SD   57109
City            State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal loan used for business   $75,152.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:              – $_____
   Unsecured claim                   $_____

---

**5** Bankers Healthcare Group
Creditor's Name
10234 W State Road 84
Number  Street

Davie           FL   33324
City            State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Blanket lien on business assets   $51,114.45

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:              – $_____
   Unsecured claim                   $_____

---

**6** Patterson Dental
Creditor's Name
25031 Network Place
Number  Street

Chicago         IL   60673
City            State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Guaranty on business debt - Dental   $38,637.85

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:              – $_____
   Unsecured claim                   $_____

---

**7** Primis Bank
Creditor's Name
4 Concourse Parkway
Number  Street
#150

Sandy Springs   GA   30328
City            State   ZIP Code

Contact

Contact phone

What is the nature of the claim? Personal credit card   $24,784.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security:              – $_____
   Unsecured claim                   $_____

---

29

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2

Debtor 1  Debbie Denise Granger
         First Name   Middle Name   Last Name

Case number (if known) _____

|  | | Unsecured claim |
|---|---|---|

**8**  Upstart Network Inc
Creditor's Name
PO Box 1503
Number    Street
_____
San Carlos        CA   94070
City              State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? Personal loan used for business exp    $24,200.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

**9**  Internal Revenue Service
Creditor's Name
Number    Street
P.O. Box 7346
Philadelphia      PA   19101-7346
City              State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? Taxes & Other Government Units   $21,071.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

**10**  American Express
Creditor's Name
PO Box 60189
Number    Street
_____
City of Industry    CA   91716-0189
City              State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? Guaranty on business credit card   $19,366.30

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

**11**  Bank of America/ Credit Control LLC
Creditor's Name
PO Box 546
Number    Street
_____
Hazelwood        MO   63042-0546
City              State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? Personal guaranty on business cred   $16,620.24

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

**12**  Upgrade
Creditor's Name
PO Box 52210
Number    Street
LBX# 452210
Phoenix           AZ   85072-2210
City              State  ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? Personal credit card used for busine  $14,447.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):   $_____
       Value of security:                   − $_____
       Unsecured claim                        $_____

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    30   page 3

Debtor 1 __Debbie Denise Granger__    Case number (if known)_____
    First Name   Middle Name   Last Name

| # | Creditor | Address | Nature of claim | Status | Lien | Unsecured claim |
|---|---|---|---|---|---|---|
| 13 | Synchrony Bank/ Care Credit | PO Box 71757, Philadelphia, PA 19176 | Credit Card Debt | ☑ None of the above apply | ☑ No | $13,792.00 |
| 14 | Synchrony | PO Box 71757, Philadelphia, PA 19176-1715 | Personal credit card used for business | ☑ Disputed | ☑ No | $13,792.00 |
| 15 | Mercury Financial/ FB&T | PO Box 84064, Columbus, GA 31908 | Personal credit card used for business | ☑ Disputed | ☑ No | $13,327.00 |
| 16 | Bank of America | PO Box 15019, Wilmington, DE 19850 | Guaranty on business credit card | ☑ None of the above apply | ☑ No | $10,053.93 |
| 17 | Capital One | PO Box 31293, Salt Lake City, UT 84131 | Personal credit card used for business | ☑ None of the above apply | ☐ No | $9,807.00 |

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

31

Debtor 1  **Debbie Denise Granger**
_First Name  Middle Name  Last Name_

Case number *(if known)*_____

|  | | Unsecured claim |
|---|---|---|

**18**  
Bank of America  
_Creditor's Name_  
PO Box 150119  
_Number    Street_  

Wilmington    DE  19850  
_City    State  ZIP Code_  

_Contact_  

_Contact phone_

What is the nature of the claim? Personal guaranty on business cred    $ 9,229.43

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim        $_____

---

**19**  
Capital One  
_Creditor's Name_  
PO Box 31293  
_Number    Street_  

Salt Lake City    UT  84131  
_City    State  ZIP Code_  

_Contact_  

_Contact phone_

What is the nature of the claim? Personal credit card used for busines    $ 8,539.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim        $_____

---

**20**  
Lamar Billboard  
_Creditor's Name_  
PO Box 746966  
_Number    Street_  

Atlanta    GA  30374  
_City    State  ZIP Code_  

_Contact_  

_Contact phone_

What is the nature of the claim? Personal guaranty on business debt    $ 7,800.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
    Value of security:  – $_____
    Unsecured claim        $_____

---

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    32    page 5

Debtor 1  Debbie Denise Granger
       First Name   Middle Name   Last Name

Case number (*if known*)_____

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✘ /s/ Debbie Denise Granger        ✘ _____
Signature of Debtor 1        Signature of Debtor 2

Date 06/27/2025        Date 06/27/2025
   MM / DD / YYYY         MM / DD / YYYY

PO Box 736187
Chicago, IL 60673-6187

ADT Security Services
PO Box 371490
Pittsburgy, PA 15250

Amazon Services LLC
PO Box 84837
Seattle, WA 98124

American Elevator
4177 Suwanee Dam Rd
Suwanee, GA 30024

American Express
PO Box 60189
City of Industry, CA 91716-0189

Andy's Pool Service
5024 S Atlanta Road SE
Atlanta, GA 30339

Asset Recovery Solutions, LLC
2200 E. Devon Ave Ste. 200
Des Plaines, IL 60018-4501

Bank of America
PO Box 150119
Wilmington, DE 19850

Bank of America
PO Box 15019
Wilmington, DE 19850

Bank of America/ Credit Control LLC
PO Box 546
Hazelwood, MO 63042-0546

Bankers Healthcare Group
10234 W State Road 84
Davie, FL 33324

BMW Financial Service
PO Box 3608
Dublin, OH 43016

Capital One
PO Box 31293
Salt Lake City, UT 84131

Carson Smithfield LLC
225 West Station Square Drive 4th floor
Pittsburgh, PA 15219

Client Services
514 Earth City Expressway
Ste. 310
Earth City, MO 63045-1303

Credit Collection Service
PO Box 447
Norwood, MA 02062-0447

Dental Hygiene Suites, P.C.
2480 Windy Hill Road Ste. 202
Marietta, GA 30067

Dental Hygiene Suites, P.C. dba Just Brush My Teeth
2480 Windy Hill Road Ste. 202
Marietta, GA 30067

Direct TV
PO Box 5007
Carol Stream , IL 60197

Discuss Dental
PO Box 847632
Dallas, TX 75284

Doc 2 Doc Lending
PO Box 91910
Sioux Falls, SD 57109

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Hanover Insurance
PO Box 580045
Charlotte, NC 28258-0045

I C System (Banfield Pet Hospital)
PO Box 64378
Saint Paul, MN 55164

IC System
PO Box 64378
Saint Paul, MN 55164

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Joseph Mann & Creed
8948 Canyon Falls Blvd
Ste. 200
Twinsburg, OH 44087

Lamar Billboard
PO Box 746966
Atlanta, GA 30374

Loanbuilder/ Paypal
2211 North First Street
San Jose, CA 95131

Makwa LLC, dba Makwa Finance
PO Box 343
Lac du Flambeau, WI 54538

Maymello LLC

Maymello LLC
1405 Dewar Drive #1481
Rock Springs, WY 82901

Mercury Financial/ FB&T
PO Box 84064
Columbus, GA 31908

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804

Navy Federal
PO Box 3100
Merrifield, VA 22119

Nelnet
PO Box 82561
Lincoln, NE 68501

Netcredit
175 W Jackson Blvd Suite 600
Chicago, IL 60604

Nexhealth
PO Box 225065
Dallas, TX 75222-5065

Norman and Associates
1855 McFarland 400 Drive
Suite A
Alpharetta, GA 30004

Northside Hospital
PO Box 100060
Atlanta, GA 30348-0060

Northside Physician Billing
PO Box 935657
Atlanta, GA 30342-5657

Northstar
121 South 13th Street
Lincoln, NE 68508

Oconee State Bank
PO Box 205
Watkinsville, GA 30677

Patterson Dental
25031 Network Place
Chicago, IL 60673

Paychex Inc
911 Panorama Trail South
Rochester, NY 14625

Primis Bank
4 Concourse Parkway
Sandy Springs, GA 30328

Ragan & Ragan PC
3100 Breckinridge Blvd
Suite 722
Duluth, GA 30096

RHA LLC
1305 Chastain Road
Ste. 500
Kennesaw, GA 30144

Rise Credit
PO Box 679900
Dallas, TX 75267-9900

Rise Up Lending
PO Box 636
Ft. Thomson , SD 57339

Security Credit Services
306 Enterprise Drive
Oxford, MS 38655

Simmons Bank
PO Box 8012
Little Rock, AR 72203

Small Business Administration
PO Box 3918
Portland, , OR 97208-3918

Sofi
234 1st Street
San Francisco, CA 94105

Starmark Financial
800 Fairway Drive
Deerfield Beach, FL 33441

Surgical Specialist of Atlanta
PO Box 100065
Atlanta, GA 30348

Synchrony
PO Box 71757
Philadelphia, PA 19176-1715

Synchrony Bank/ Care Credit
PO Box 71757
Philadelphia, PA 19176

TBO Bank
113 E south Front St
PO Box 199
Orrick, MO 64077

The Cadle Company
100 North Center Street
Newton Falls, OH 44444

The Cash Flow Group
1126 S Federal Hwy
Ft. Lauderdale, FL 33316

True Accord Corp
16011 College Blvd Suite 130
Shawnee Mission, KS 66219

United Digestive
PO Box 24893
New York, NY 10087-4893

Upgrade
PO Box 52210
LBX# 452210
Phoenix, AZ 85072-2210

Upstart Network Inc
PO Box 1503
San Carlos, CA 94070

VBB, LLC
2103 Cobb Parkway
Marietta, GA 30067

United States Bankruptcy Court

Northern District of Georgia

In re: Debbie Denise Granger

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/27/2025

/s/ Debbie Denise Granger
Signature of Debtor

_____
Signature of Joint Debtor